UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lawrence Roberson**                                                        **Docket No. 7:14-CR-41-8FL**

**Petition for Action on Supervised Release**

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lawrence Roberson, who, upon an earlier plea of guilty to 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(B), and 21 U.S.C. § 841(a)(1), Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 17, 2015, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Lawrence Roberson was released from custody on August 19, 2016, at which time the term of supervised release commenced.

On March 13, 2018, a DROPS sanction report was submitted to the court as a result of the defendant testing positive for cocaine on February 20, 2018, and will need to complete 2 days in the Bureau of Prisons.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urine sample on March 12, 2018, that tested positive for cocaine use. On March 19, 2018, when confronted with the results of the positive drug screen, Roberson admitted to the use of cocaine on or about March 12, 2018. The defendant shall remain in treatment for substance abuse issues as well as our Surprise Urinalysis Program. As a punitive sanction for this conduct, we are recommending that the conditions be modified to include location monitoring with a curfew for 30 days in lieu of serving a five-day DROPS sanction.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith | /s/ Marla Bianco |
| Eddie J. Smith | Marla Bianco |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 150 Rowan Street Suite 110 |
| | Fayetteville, NC 28301 |
| | Phone: 910.354.2535 |
| | Executed On: March 28, 2018 |

## ORDER OF THE COURT

Considered and ordered this __29th__ day of _____March_____, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge