UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lawrence Roberson**  Docket No. 7:14-CR-41-8FL

**Petition for Action on Supervised Release**

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lawrence Roberson, who, upon an earlier plea of guilty to 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(B), and 21 U.S.C. § 841(a)(1), Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 17, 2015, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Lawrence Roberson was released from custody on August 19, 2016, at which time the term of supervised release commenced.

On March 13, 2018, a DROPS sanction report was submitted to the court as a result of the defendant testing positive for cocaine on February 20, 2018, and will need to complete 2 days in the Bureau of Prisons.

On March 28, 2018, the court modified the conditions of supervision to include 30 days of curfew with electronic monitoring after the defendant tested positive for cocaine use on March 12, 2018.

On April 13, 2018, a violation report was submitted to the court advising that the defendant was issued a summons for the offense of Failure to Return Rental Property (18CR53982) in Cumberland County, North Carolina. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urine sample on April 26, 2018, that tested positive for cocaine use. On May 3, 2018, when confronted with the results of the positive drug screen, Roberson admitted to being around known drug users and could have come in contact with illicit substances. Roberson signed substance abuse admission form. The defendant shall remain in treatment for substance abuse issues as well as our Surprise Urinalysis Program. As a punitive sanction for this conduct, we are recommending that the conditions of supervision be modified to include location monitoring with home detention for 60 days in lieu of serving a ten-day DROPS sanction.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to their residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,	I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Marla Bianco
Marla Bianco
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2535
Executed On: May 8, 2018

**ORDER OF THE COURT**

Considered and ordered this __9th__ day of __May__, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge